```
1   FRANK N. DARRAS #128904
    MICHAEL B. HORROW #162917
2   SHERNOFF BIDART & DARRAS, LLP
3   Suite 300
    3257 East Guasti Road
4   Ontario, CA 91761
    Telephone:  9093903770
5   Facsimile:  9099742121
6
7   Attorneys for Plaintiff
```

SHERNOFF BIDART DARRAS
LAWYERS FOR INSURANCE POLICYHOLDERS
600 S INDIAN HILL BLVD CLAREMONT CA 91711 TEL 909 621 4935

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDRIS WILDE,<br><br>            Plaintiff,<br><br>      vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; VISA DISABILITY PLAN,<br><br>            Defendant | Case No.: C 06 2603 CW<br><br>**STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff EDRIS WILDE, and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA; VISA DISABILITY PLAN, and their attorneys of record, that the parties have resolved this matter in its entirety.

///

///

1    IT IS HEREBY AGREED that the complaint and any counterclaim on file herein
2    shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated: September 6, 2006

SHERNOFF BIDART & DARRAS, LLP

_____
MICHAEL B. HORROW
Attorneys for Plaintiff, EDRIS WILDE

Dated: September 7, 2006

KELLY, HERLIHY & KLEIN

_____
SEAN P. NALTY
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA; VISA DISABILITY PLAN,

# ORDER

**IT IS SO ORDERED.**

Dated: 9/11/06

_____
CLAUDIA WILKEN
Judge of the United States District Court